UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**, <br><br> *Plaintiff*, <br><br> v. <br><br> **PEARL DELTA FUNDING, LLC**, *d/b/a Pearl Capital*; **MYFAZ CONSULTING, LLC**, *d/b/a ATM Funded*; **and WHITE ROAD CAPITAL, LLC**, *d/b/a GFE Holdings*, <br><br> *Defendants*. | § § § § § § § § § § § § § §    EP-23-CV-00177-DCG |

## ORDER DISMISSING CASE
## AGAINST DEFENDANT MYFAZ CONSULTING, LLC

Plaintiff Brandon Callier has filed a Notice of Dismissal of his case against Defendant MyFaz Consulting, LLC, *d/b/a ATM Funded*, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Notice Dismissal, ECF No. 12. Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Brandon Callier in this action against Defendant MyFaz Consulting, LLC, *d/b/a ATM Funded*, **WITH PREJUDICE**.

Because Plaintiff dismisses his claims against only one of the named Defendants, this case shall **REMAIN OPEN**.

**So ORDERED and SIGNED this 6th day of July 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE