UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| **PEARL DELTA FUNDING, LLC**, *d/b/a Pearl Capital*; **MYFAZ CONSULTING, LLC**, *d/b/a ATM Funded*; **and WHITE ROAD CAPITAL, LLC**, *d/b/a GFE Holdings*, | § § § § § § § | EP-23-CV-00177-DCG |
| *Defendants*. | § § | |

## ORDER DISMISSING CASE
## AGAINST DEFENDANT PEARL DELTA FUNDING, LLC

Plaintiff Brandon Callier has filed a Notice of Dismissal advising the Court that he and Defendant Peal Delta Funding, LLC, *d/b/a* Pearl Capital, have resolved their case. Notice Dismissal, ECF No. 21; *see also* FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Brandon Callier in this action against Defendant Peal Delta Funding, LLC, *d/b/a* Pearl Capital, **WITH PREJUDICE**.

Because Plaintiff's case against Defendant White Road Capital, LLC remains pending, this case shall **REMAIN OPEN**.

**So ORDERED and SIGNED this 21st day of July 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**