Brandon Callier <callier74@gmail.com>

# First Set of Discovery Propounded Upon White Road Capital
3 messages

**Brandon Callier** <callier74@gmail.com>                                                              Wed, Jun 26, 2024 at 12:34 PM
To: Shanna Kaminski <skaminski@kaminskilawpllc.com>

Please see the attached Discovery request.

Thank you,

Brandon Callier
915-383-4604

**2 attachments**

 **Callier v White Road Capital LLC - Plaintiff's First Set of Combined Discovery 06262024.docx**
47K

 **Callier v White Road Capital LLC - Plaintiff's First Set of Combined Discovery 06262024.pdf**
238K

**Shanna Kaminski** <skaminski@kaminskilawpllc.com>                                                    Fri, Jul 26, 2024 at 1:22 PM
To: Brandon Callier <callier74@gmail.com>

Mr. Callier,

I need an additional week to respond to all of these discovery requests.  Can I please have until 8/2 to respond?

Shanna

[Quoted text hidden]

**Brandon Callier** <callier74@gmail.com>                                                              Fri, Jul 26, 2024 at 1:58 PM
To: Shanna Kaminski <skaminski@kaminskilawpllc.com>

That's fine.
[Quoted text hidden]