| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | **FILED**<br>September 29, 2025<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: ____JW____<br>DEPUTY |

BRANDON CALLIER,　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　Plaintiff,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　　§　　　EP-23-CV-00177-LE
　　　　　　　　　　　　　　　　　　§
PEARL DELTA FUNDING, LLC dba　　　 §
Pearl Capital, MYFAZ CONSULTING, LLC §
dba ATM Funded, and WHITE ROAD　　　§
CAPITAL, LLC dba GFE Holdings,　　　§
　　　　　　　　　　　　　　　　　　§
　　　Defendants.　　　　　　　　　 §

## AGREED ORDER DISMISSING DEFENDANT WHITE ROAD CAPITAL, LLC WITH PREJUDICE

This matter having come before the Court by joint motion of Plaintiff, Brandon Callier, and Defendant, White Road Capital, LLC, to dismiss Defendant, White Road Capital, LLC, with prejudice; the Court having reviewed the motion and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, White Road Capital, LLC, is dismissed from this action with prejudice;

**IT IS FURTHER ORDERED** that the entry of this Order by the Court resolves the last pending claim and closes the case;

**IT IS FURTHER ORDERED** that upon entry of this Order by the Court that Plaintiff, on behalf of himself and any person or entity able to claim through him, shall be deemed to have irrevocably and unconditionally released and forever discharged Defendant, White Road Capital, LLC, and its affiliates, related entities, officers, directors, members, managers, employees, agents,

attorneys and independent contractors from any and all actions, causes of action, claims, suits, demands, or obligations whatsoever whether known or unknown, suspected or unsuspected.

SIGNED this 29th day of September, 2025

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE